|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

       Plaintiff,                    No. CIV S-07-2589 GEB JFM P

    vs.

A. BURKER, et al.,

       Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On February 7, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Martin, Lewis and Holingworth were returned unserved. The return for defendant Martin noted that "per CDC Locator 681 Martin's, need at least initial. No one currently at High Desert February 26, 2008." (<u>Id.</u>) In the attached letter from J.L. Bishop, Litigation Coordinator, review of the complaint, FLSA's, and incident logs revealed no mention of the name "Martin." (<u>Id.</u>) The return for defendant Lewis noted "Per CDC Locator no Sgt. James Lewis in database February 26, 2008." (<u>Id.</u>) The attached letter states that Sgt. Lewis is no longer employed at High Desert State Prison as of January 26, 2007, or the California Department of Corrections & Rehabilitation per the Personnel Department.

1

1  The return for defendant Bryan Hollingsworth noted "Per CDC Locator no Bryan or B.
2  Hollingsworth in database February 26, 2008." (Id.) The attached letter states that Officer Bryan
3  Hollingsworth is no longer employed at High Desert State Prison or with the California
4  Department of Corrections & Rehabilitation per the Personnel Department. (Id.)

5        Plaintiff must provide additional information to serve these defendants. Plaintiff
6  shall promptly seek such information through discovery, the California Public Records Act,
7  Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required
8  information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

9        Accordingly, IT IS HEREBY ORDERED that:

10        1. The Clerk of the Court is directed to send to plaintiff one summons, three
11  USM-285 forms, along with an instruction sheet and a copy of the complaint filed December 3,
12  2007;

13        2. Within sixty days from the date of this order, plaintiff shall complete and
14  submit the attached Notice of Submission of Documents to the court, with the following
15  documents:

16        a. One completed USM-285 form for each defendant;
17        b. Four copies of the endorsed complaint filed December 3, 2007; and
18        c. One completed summons form (if not previously provided)
19  or show good cause why he cannot provide such information.

20  DATED: March 6, 2008.

                                              UNITED STATES MAGISTRATE JUDGE

/mp/001
gree2589.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

     Plaintiff,                      No. CIV S-07-2589 GEB JFM P

     vs.

A. BURKER, et al.,                 <u>NOTICE OF SUBMISSION</u>

     Defendants.              <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        1        completed summons form

        3        completed USM-285 forms

        4        copies of the <u>December 3, 2007</u> Complaint

DATED:

                                                        Plaintiff