IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

        Plaintiff,                No. 2:07-cv-2589-GEB-JFM (PC)

   vs.

A. BURKER, et al.,

        Defendants.        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On December 19, 2007, the court found plaintiff had stated cognizable claims against defendants A. Burker, R. Tuter, C. Hougland, B. Pinneo, Lysiak, Holingsworth, Swartz, Casey, Gullion, Judge, Martin, and Sgt. J. Lewis, and the U.S. Marshal was directed to serve those defendants by order filed February 7, 2008. On March 26, 2008, plaintiff filed an amended complaint. On April 1, 2008, defendants Guillion, Judge, Hougland, Burker, Tuter, Pinneo, Lysiak, Swartz and Casey filed an answer. Service on defendants Martin, J. Lewis and Holingsworth was returned unexecuted on February 27, 2008.

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). However, an amended or supplemental complaint supersedes the original

1

1  complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is
2  filed, the original pleading no longer serves any function in the case.  Id.; see also E.D. Local
3  Rule 15-220.  Although the allegations of this pro se complaint are held to "less stringent
4  standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972)
5  (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and
6  the Local Rules of the Eastern District of California.

7        In his amended complaint, plaintiff changed defendant Martin's name to Barton,
8  and added defendant M. Abamonga.  Plaintiff has stated a cognizable claim against defendants
9  Barton and Abamonga; thus, the court will order service of process on these defendants as well.

10        On April 10, 2008, plaintiff provided documents for service of process on
11  defendants James Lewis, Bryan Holingsworth and L. Barton.  However, that submission included
12  copies of the original, rather than the amended, complaint.  Accordingly, plaintiff will be
13  required to provide copies of the amended complaint for service of process on these defendants.
14  In addition, plaintiff will be directed to provide service of process documents for defendant
15  Abamonga.  Once the court receives all the service documents, a new order directing service by
16  the U.S. Marshal on defendants Lewis, Holingsworth, Barton and Abamonga will issue.

17        Defendants Guillion, Judge, Hougland, Burker, Tuter, Pinneo, Lysiak, Swartz and
18  Casey shall file an answer to the amended complaint within twenty days from the date of this
19  order.

20        In accordance with the above, IT IS HEREBY ORDERED that:
21        1. Service is appropriate for the following defendants:  Correctional Officer L.
22  Barton and MTA Abamonga.
23        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons,
24  an instruction sheet and a copy of the amended complaint filed March 26, 2008.
25        3. Within thirty days from the date of this order, plaintiff shall complete the
26  attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for defendant Abamonga; and

      d. Five copies of the endorsed complaint filed March 26, 2008.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  June 4, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gree2589.1b

|   |   |
|---|---|
| | IN THE UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

ERIC W. GREEN,

     Plaintiff,                            No. 2:07-cv-2589-GEB-JFM (PC)

    vs.

A. BURKER, et al.,                    NOTICE OF SUBMISSION

     Defendants.                OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 form

      _____    copies of the _____
                                   Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff