IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

    Plaintiff,                 No. CIV S-07-2589 GEB JFM P

    vs.

A. BURKER, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On June 13, 2008, plaintiff filed a motion to compel defendants to produce all documents requested in his April 24, 2008 Request for Production of Documents. Plaintiff contends he submitted his request to defendants on April 24, 2008 but has received no response. Plaintiff also seeks $7,500.00, representing his reasonable expenses in obtaining this order based on defendants' refusal to produce the documents requested.

        Defendants oppose the motion because counsel did not receive a copy of plaintiff's April 24, 2008 request, the motion does not comply with the Federal Rules, and the receipt of the request for production attached to the pending motion was June 10, 2008, which

/////

1

exceeds the court's June 2, 2008 cut-off for written discovery.  Defendants also point out that plaintiff failed to comply with Fed. R. Civ. P. 37(a)(5) prior to seeking an award of expenses.[1]

Plaintiff has attached to his motion a copy of the discovery request at issue, but no completed certificate of service attesting to service on counsel for defendants is attached. Defendants have presented evidence that they did not receive the discovery request at issue until June 10, 2008.  (See Declaration of Marta C. Barlow, filed June 27, 2008, at 1-2.)  The court finds that defendants have presented sufficient evidence that they did not receive plaintiff's discovery request until June 10, 2008.  For that reason, plaintiff's motion to compel and for expenses will be denied.  However, the August 1, 2008 deadline for completion of discovery set in this court's April 7, 2008 scheduling order notwithstanding, defendants will be directed to respond within thirty days from the date of this order to the discovery request they received on June 10, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 13, 2008 motion to compel discovery and for expenses is denied; and

2. Within thirty days from the date of this order defendants shall serve responses to the discovery request they received from plaintiff on June 10, 2008.

DATED: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; gree2589.dsc

---

[1] An award of expenses must not be ordered if: "(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action; ii) the opposing party's nondisclosure, response, or objection was substantially justified; or (iii) other circumstances make an award of expenses unjust."  Fed. R. Civ. P. 37(a)(5).