IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

    Plaintiff,                        No. CIV S-07-2589 GEB JFM P

    vs.

A. BURKER, et al.,

    Defendants.                    <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 11, 2008, plaintiff filed a request for permission to file an amended complaint. Plaintiff's request was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's request for leave to amend must therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 11, 2008 request is denied.

DATED: July 29, 2008.

                                                    UNITED STATES MAGISTRATE JUDGE

/001; gree2589.10b

1