IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

    Plaintiff,                    No. CIV S-07-2589 GEB JFM P

    vs.

A. BURKER, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On June 13, 2008, plaintiff filed a motion to compel defendants to produce all documents requested in his April 24, 2008 Request for Production of Documents.  On July 21, 2008, plaintiff's motion to compel discovery was denied, but defendants were directed to respond to the discovery requests within thirty days.  On July 23, 2008, plaintiff filed a request for extension of time in which to file a reply to defendants' opposition to the motion to compel.  However, in light of the July 21, 2008 order, plaintiff's request is moot and will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 23, 2008 request for extension of time is denied.  (Docket No. 41.)

DATED: August 5, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

/001; gree2589.den