IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

      Plaintiff,                          No. CIV S-07-2589 GEB JFM P

     vs.

A. BURKER, et al.,                 <u>ORDER AND</u>

      Defendants.               <u>REVISED SCHEDULING ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 21, 2008, the court ordered defendants to respond to plaintiff's discovery requests they received on June 10, 2008. On August 11, 2008, plaintiff filed a letter stating that defendants objected to every discovery request and that, to date, plaintiff has received no discovery from defendants. Plaintiff notes he was unable to file a copy of the discovery requests or responses because the prison is on lockdown and he has no access to a photocopy machine.

        Good cause appearing, plaintiff's letter will be construed as a motion to compel discovery responses. Defendants will be directed to respond to plaintiff's August 11, 2008 filing and to file a copy of the discovery requests and discovery responses. Defendants are reminded of their obligation under the Federal Rules to provide plaintiff with discovery relevant to his claims.

1

Because plaintiff is proceeding pro se and is incarcerated, counsel should liberally construe discovery requests and attempt to provide relevant information to the extent possible. For example, if plaintiff seeks video, photographs or disks or other material that might pose a security risk, counsel should make arrangements to allow plaintiff to view the video and take notes.

Good cause appearing, the discovery deadline is reopened and extended to September 15, 2008. The pretrial motions deadline is continued from September 26, 2008 to October 31, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 11, 2008 letter is construed as a motion to compel discovery;

2. Within 21 days from the date of this order, counsel shall file a response to the August 11, 2008 filing, including a copy of the discovery requests and responses; and

3. The April 7, 2008 scheduling order is revised as follows:

(a) The discovery deadline is reopened and extended to September 15, 2008; and

(b) The pretrial motions deadline is continued from September 26, 2008 to October 31, 2008.

DATED:  August 25, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; gree2589.ext