IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

      Plaintiff,                         No. 2:07-cv-2589 GEB JFM (PC)

    vs.

A. BURKER, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 1, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant James Lewis was returned unserved because "unable to identify, several in CDC locator database." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3  along with an instruction sheet and a copy of the amended complaint filed March 26, 2008;

4      2. Within sixty days from the date of this order, plaintiff shall complete and
5  submit the attached Notice of Submission of Documents to the court, with the following
6  documents:

7      a. One completed USM-285 form for defendant James Lewis;

8      b. Two copies of the endorsed amended complaint filed March 26, 2008;
9      and

10     c. One completed summons form (if not previously provided)
11 or show good cause why he cannot provide such information.

12 DATED: September 8, 2008.

                UNITED STATES MAGISTRATE JUDGE

/mp/001
gree2589.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

      Plaintiff,                                No. 2:07-cv-2589 GEB JFM (PC)

      vs.

A. BURKER, et al.,                         <u>NOTICE OF SUBMISSION</u>

      Defendants.                          <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         __1__      completed summons form

         __1__      completed USM-285 forms

         __2__      copies of the <u>March 26, 2008</u>
                                      Amended Complaint

DATED:

                                               _____
                                               Plaintiff