IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

        Plaintiff,                        No. 2:07-cv-2589 GEB JFM (PC)

   vs.

A. BURKER, et al.,

        Defendants.            ORDER

                                 /

        Plaintiff is proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 17, 2008, defendants filed a motion to stay this action pending outcome of petitioner's criminal trial. Plaintiff is presently being housed at the Santa Rita County Jail during the pendency of his criminal trial. Plaintiff does not have access to his medical record, central file or investigative services documents.

        On October 17, 2008, plaintiff filed a letter confirming his transfer to the Santa Rita County Jail, and his difficulty receiving legal documents, and asking for copies of certain documents. Plaintiff also inquired as to the status of service of process on defendants Abamonga, Barton, Lewis and Hollingsworth.

        Service of process on defendant Lewis was returned unexecuted. (Docket No. 47.) By order filed September 9, 2008, plaintiff was directed to provide additional information to accomplish service of process on defendant Lewis. (Docket no. 50.) On November 4, 2008, plaintiff filed a request for extension of time to comply with this order. By separate order, plaintiff will be granted an extension of time to provide service documents for defendant Lewis.

1

On July 1, 2008, the court directed the U.S. Marshal to serve defendant Hollingsworth. (Docket No. 38.) Waivers sent to defendant Hollingsworth's work and home addresses were not returned. The U.S. Marshal attempted personal service on defendant Hollingsworth, but service was returned unexecuted on October 31, 2008, noting the address was not good. A separate order will issue directing plaintiff to provide an address for defendant Hollingsworth.

Defendants Barton and Abamonga have answered the complaint. (Docket No. 52.)

Good cause appearing, plaintiff's October 7, 2008 request will be granted. The Clerk of the Court will be directed to send plaintiff a copy of this court's two scheduling orders. (Docket Nos. 25 & 46.)

On October 28, 2008, plaintiff wrote a letter concerning his frustration in not being able to obtain documents from defendants and complaining that defendants failed to provide the address for witness Clyde Williams. On October 16, 2008, defendants provided the court with inmate Williams' CDC number. On October 29, 2008, defendants notified the court that Mr. Williams has been released from prison, but provided the last address known to his parole agent.

Plaintiff has now filed an opposition to defendants' motion to stay this action pending resolution of plaintiff's criminal trial. Plaintiff states "he has already viewed his prison central file, medical file, the video tape, and the photographs." (Id. at 1-2.) Plaintiff states under penalty of perjury he does not need to view his central file, medical file, video tape or photos and does not need the names, titles and addresses of those persons who have these items. (October 31, 2008 Decl. at 1.) Plaintiff avers he does not have to be at High Desert State Prison to prosecute this action, but if defendants would provide him with the names, addresses and titles of the person or persons who have the photographs and video evidence in their possession he could

/////

subpoena those items for trial. Plaintiff contends his criminal trial is set for November 24 and should only last two weeks, so a stay is not required.

   Good cause appearing, defendants shall file a reply to plaintiff's opposition within ten days from the date of this order. In their reply, in addition to addressing plaintiff's opposition, defendants shall address the following issues: (1) what impact the stay would have on the unexecuted service of process as to defendants Lewis and Hollingsworth; (2) what steps they will take to preserve the photographic and video evidence for plaintiff's review once he is returned to state prison; (3) if defendants do not have custody and control of the photographic and video evidence plaintiff seeks, the person(s) in the Department of Corrections and Rehabilitation who does have custody and control; and (4) whether they intend to seek an extension of the pretrial motions deadline in order to file a motion for summary judgment.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Plaintiff's October 17, 2008 request is partially granted. (Docket No. 65.)

   2. The Clerk of the Court is directed to re-serve the following documents on plaintiff (Eric Warren Green, E-63195, Santa Rita Jail, AOK-206, 5325 Broder Boulevard, Dublin, CA 94568):

    a. Scheduling orders, docket nos. 25 & 46; and

    b. A copy of the court's docket in this action.

   3. Within ten days from the date of this order, defendants shall file a reply to plaintiff's opposition to the motion for stay, which shall address the issues set forth above.

DATED: November 6, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; gree2589.fb