IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

          Plaintiff,                    2:07-cv-2589-GEB-JFM-PC

     vs.

A. BURKER, et al.,

          Defendants.          ORDER

_____/

          On September 19, 2008, the Magistrate Judge issued an order denying plaintiff's motion to compel discovery.  On October 20, 2008, plaintiff filed a request for reconsideration of that order.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the magistrate judge's order of September 19, 2008 is therefore untimely.

///
///
///
///

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 20, 2008 request

2   for reconsideration is denied.  (Docket No. 66.)

3   Dated:  November 17, 2008

4

5                                                   GARLAND E. BURRELL, JR.

6                                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26