IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

        Plaintiff,                    Case No. 2:07-cv-2589 JFM P

    vs.

A. BURKER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Pursuant to the pretrial order issued herewith, the Clerk of the Court will be directed to send plaintiff a subpoena form to complete and return to the court, along with the appropriate witness fees made payable to Clyde Williams. Once the court receives the completed subpoena and witness fees for Mr. Williams, the court will add Mr. Williams' address (contained in docket no. 68) once plaintiff returns the completed subpoena form with the witness fees. Plaintiff is cautioned that failure to comply with this procedure may result in Mr. Williams not being subpoenaed for appearance at trial in this action.

        In their pretrial statement, defendants set forth the names of inmate witnesses LaFlora and Ford as follows: LaFlora (T-26579) and Ford (E-41288). However, when the court contacted the inmate locator to obtain addresses to prepare the writs of habeas corpus ad testificandum, the court was informed that the CDC numbers provided by defendants did not

1

match the names provided. Defendants will be directed to provide the court, within ten days, the full names and accurate CDC numbers for inmates T. LaFlora and Ford, along with their present custodial location, so the court may prepare and issue the necessary writs for their attendance at trial.

On March 9, 2009, plaintiff filed a request for four subpoenas. Good cause appearing, the Clerk of the Court will be directed to send plaintiff the subpoenas. Plaintiff is cautioned that he must comply with this court's April 7, 2008 order to accomplish proper service of the subpoenas.[1] Any other subpoenas issued for trial appearance by plaintiff must be transmitted directly from plaintiff to the U.S. Marshal as set forth in footnote 1.

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff five subpoenas and a copy of the December 19, 2007 order granting plaintiff in forma pauperis status (docket no. 5);

/////

/////

---

[1] If a prospective witness is not incarcerated, and he or she refuses to testify voluntarily, not earlier than four weeks and not later than two weeks before trial, the party must prepare and submit to the United States Marshal a subpoena for service by the Marshal upon the witness. (Blank subpoena forms may be obtained from the Clerk of the Court.) Also, the party seeking the witness' presence must tender an appropriate sum of money to the witness through the United States Marshal. In the case of an unincarcerated witness, the appropriate sum of money is the daily witness fee of $40.00 plus the witness' travel expenses.

A subpoena will not be served by the United States Marshal upon an unincarcerated witness unless the subpoena is accompanied by a money order made payable to the witness for the full amount of the witness' travel expenses plus the daily witness fee of $40.00, and a copy of the court's order granting plaintiff in forma pauperis status. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis.

(April 7, 2008 Order at 4-5.)

2. Within ten days from the date of this order, defendants shall provide the court with the full names and accurate CDC numbers for inmate witnesses T. LaFlora and Ford and their present custodial locations;

3. Within twenty days, plaintiff shall plaintiff shall complete the attached Notice of Submission and submit the following documents to the court: completed subpoena form for former inmate witness Clyde Williams, along with the appropriate witness fees and order granting in forma pauperis status, so the court may insert Mr. Williams' last known address. Once the subpoena has been completed by the court, the court will forward the subpoena and witness fees to the U.S. Marshal for service on Mr. Williams.

DATED: April 21, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gree2589.sub

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | IN THE UNITED STATES DISTRICT COURT | |
| 6 | FOR THE EASTERN DISTRICT OF CALIFORNIA | |

ERIC W. GREEN,

        Plaintiff,                              Case No. 2:07-cv-2589 JFM P

    vs.

A. BURKER, et al.,                                 <u>NOTICE OF SUBMISSION</u>

        Defendants.

_____/

        Plaintiff hereby submits the following document in compliance with the court's order filed _____:

        _____         Subpoena for Clyde Williams

                                  (so that court may insert Mr. Williams' address

                                  from docket no. 68)

        _____         witness fees payable to Clyde Williams

        _____         copy of order granting IFP status

DATED:

                                              _____

                                              Plaintiff