IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC W. GREEN,

      Plaintiff,                     No. 2:07-cv-2589 GEB JFM (PC)

    vs.

A. BURKER, et al.,

      Defendants.            ORDER

_____/

        In view of the continuation of the jury trial of this matter from June 23, 2009 to July 28, 2009, IT IS HEREBY ORDERED THAT:

        1. The writs of habeas corpus ad testificandum filed May 5, 2009 and May 13, 2009 are vacated and superseded by the writs of habeas corpus ad testificandum filed concurrently with this order; and

        2. The Clerk of the Court is directed to serve a copy of this order on the Wardens at San Quentin State Prison (SQ-2) and California Correctional Institution and on the Out-to-

/////

/////

/////

/////

Court Desk at California State Prison-Sacramento, all at the addresses identified on the writs of habeas corpus ad testificandum filed concurrently with this order.

DATED: June 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
gree2589.nwrt